1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E-Filed 9/9/05**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JUAN D. MARTINEZ, et al.,

                Plaintiffs,

      v.

MONTEREY COUNTY, CALIFORNIA, et al.,

                Defendants.

Case Number C-05-2950-JF

ORDER RE PLAINTIFFS' STATUS REPORT OF SEPTEMBER 1, 2005 AND SUBSEQUENT CORRESPONDENCE

      The Court has received Plaintiffs' Status Report filed September 1, 2005, the Secretary of State's correspondence of the same date and Plaintiffs' correspondence of September 2, 2005. All of these documents were filed electronically; paper courtesy copies were not provided to chambers as required by this Court's standing order with respect to all filings that request or require a response by the Court. The Court directs that paper courtesy copies be provided to the chambers of each of the judges serving on the Three Judge Panel with respect to all such future filings in this action. Courtesy copies shall be provided by overnight courier or hand delivery at the addresses listed below:

1  Chambers of Judge Richard Tallman
   Park Place Building
2  1200 6th Avenue, 21st Floor
   Seattle, WA  98101-3123
3
   Chambers of Judge Susan Illston
4  United States Courthouse
   450 Golden Gate Avenue
5  San Francisco, CA 94102

6  Chambers of Judge Jeremy Fogel
   United States Courthouse
7  280 South First Street
   San Jose, CA 95113
8

9          It appears from their status report that Plaintiffs believe that the Court should lift the stay

10  of the instant litigation imposed by the Court's order of August 4, 2005.  However, as the

11  Secretary of State points out, no motion requesting such relief has been filed, and thus

12  Defendants have not had an opportunity to provide a properly briefed response.  If Plaintiffs wish

13  to file a motion for relief from stay, or for any other relief, they are free to do so.  When and if

14  such motion is filed, the Court will set a briefing schedule and, if appropriate, will set a date for

15  oral argument.

16          IT IS SO ORDERED.

17

18  DATED:  September 9, 2005

19                                                              /s/ electronic signature authorized

20                                                              _____
                                                                JEREMY FOGEL
21                                                              United States District Judge

22

23

24

25

26

27

28

                                            2

1    Copies of Order served on:

2

3    Joaquin Guadalupe Avila     avilaj@seattleu.edu

4    Leroy W. Blankenship     blankenshipl@co.monterey.ca.us, edwards-jamesg@co.monterey.ca.us

5    Thomas S. Knox     tknox@klalawfirm.com, hharman@klalawfirm.com

6    Zackery P. Morazzini     zackery.morazzini@doj.ca.gov

7    Steven J. Reyes     sreyes@maldef.org, lsilva@maldef.org

8    James F Sweeney     jfs@sdglawfirm.com, bayne@sdglawfirm.com

9    Victor Viramontes     vviramontes@maldef.org, lsilva@maldef.org

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C-05-2950-JF
ORDER RE PLAINTIFFS' STATUS REPORT OF SEPTEMBER 1, 2005 ETC.
(JFLC2)