1  STEVEN J. REYES, SBN 212849
   VICTOR VIRAMONTES, SBN 214158
2  JOAQUIN G. AVILA. SBN 65484
   MEXICAN AMERICAN LEGAL
3   DEFENSE AND EDUCATIONAL FUND
   634 South Spring St., 11th Floor
4  Los Angeles, CA 90014                    **E-filed 9/15/05**
   Phone:  (213) 629-2512
5  Fax:    (213) 629-0266
   Email: Sreyes@maldef.org
6         Vviramontes@maldef.org
          avilaj@seattleu.edu

8  Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN D. MARTINEZ and SERGIO SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>MONTEREY COUNTY, CALIFORNIA; BRUCE MCPHERSON, CALIFORNIA SECRETARY OF STATE, BILL LOCKYER, CALIFORNIA ATTORNEY GENERAL,<br><br>Defendants. | Case No.  C 05-02950 JF<br><br>[PROPOSED] ORDER RE MOTION TO WITHDRAW AS ATTONEY<br><br>VOTING RIGHTS ACTION THREE JUDGE COURT |

1 | The motion to withdraw as counsel of Steven J. Reyes is hereby granted.

3 | Dated: 9/15/05          /s/electronic signature authorized
4 |                          Hon. Jeremy Fogel
                             United States District Judge

1 **CERTIFICATE OF MAILING**

2
3 **Copy of the foregoing mailed this 13th day of September, 2005 to:**

4 Hon. Jeremy Fogel
Dist. Judge for the Northern Dist. Of Cal.
5 280 S. First St.,
Courtroom 3, 5th Floor
6 San Jose, CA 95113

7 Chambers of Judge Richard Tallman
Park Place Building
8 1200 6th Avenue, 21 St Floor
Seattle, WA 98101-3123

9
10 Chambers of Judge Susan Illston
United States Courthouse
450 Golden Gate Avenue
11 San Francisco, CA 94102

12

13 *[signature]*
14 Maria Cabadas

15
16
17
18
19
20
21
22
23
24
25
26
27
28