VICTOR VIRAMONTES, SBN 214158
JOAQUIN G. AVILA. SBN 65484
MEXICAN AMERICAN LEGAL
 DEFENSE AND EDUCATIONAL FUND
634 South Spring St., 11th Floor
Los Angeles, CA 90014
Phone: (213) 629-2512
Fax: (213) 629-0266
Email:Vviramontes@maldef.org
 avilaj@seattleu.edu

Attorneys for Plaintiffs.

**E-filed 9/19/05**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN D. MARTINEZ and SERGIO SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>MONTEREY COUNTY, CALIFORNIA; BRUCE MCPHERSON, CALIFORNIA SECRETARY OF STATE, BILL LOCKYER, CALIFORNIA ATTORNEY GENERAL,<br><br>Defendants. | Case No. C 05-02950 JF<br><br>[~~PROPOSED~~] ORDER RE MOTION TO WITHDRAW AS ATTORNEY<br><br>VOTING RIGHTS ACTION THREE JUDGE COURT |

1  The motion to withdraw as attorney of Victor Viramontes is hereby granted.

3  Dated: 9/19/05          /s/electronic signature authorized
                            Hon. Jeremy Fogel
4                           United States District Judge

1

# CERTIFICATE OF MAILING

**Copy of the foregoing mailed this 15th day of September, 2005 to:**

Hon. Jeremy Fogel
Dist. Judge for the Northern Dist. Of Cal.
280 S. First St.,
Courtroom 3, 5th Floor
San Jose, CA 95113

Chambers of Judge Richard Tallman
Park Place Building
1200 6th Avenue, 21 St Floor
Seattle, WA 98101-3123

Chambers of Judge Susan Illston
United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

_____
Maria Cabadas