**E-Filed 9/26/05**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN D. MARTINEZ, et al.,<br><br>             Plaintiffs,<br><br>   v.<br><br>MONTEREY COUNTY, CALIFORNIA, et al.,<br><br>            Defendants. | Case Number C 05-2950-JF<br><br>ORDER (1) GRANTING IN PART PLAINTIFFS' MOTION FOR ORDER SHORTENING TIME; (2) SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO LIFT STAY; AND (3) DEFERRING CONSIDERATION OF PLAINTIFFS' RENEWED *EX PARTE* APPLICATION FOR TRO AND RENEWED MOTION FOR PRELIMINARY INJUNCTION<br><br>[Doc. Nos. 43, 48, 54, 56] |

On September 22, 2005, Plaintiffs filed the following motions: a motion to lift the stay in this action, a renewed *ex parte* application for a temporary restraining order ("TRO") and renewed motion for preliminary injunction, and a motion for order shortening time to hear these motions. On September 23, 2005, the Secretary of State filed a letter brief in response to Plaintiffs' motions, arguing among other things that this Court should continue to abstain in this case pursuant to *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976).

---

Case No. C 05-2950-JF
ORDER (1) GRANTING IN PART PLAINTIFFS' MOTION FOR ORDER SHORTENING TIME ETC.
(JFLC2)

1  The motion to lift the stay properly should be determined before consideration of the
2  merits of the renewed application for TRO and motion for preliminary injunction.  The Three
3  Judge Panel assigned to this case therefore GRANTS IN PART Plaintiffs' motion for order
4  shortening time and sets the following expedited briefing schedule on the motion to lift the stay:
5  any opposition shall be filed and served before 5:00 p.m. on October 3, 2005; any reply shall be
6  filed and served before 5:00 p.m. on October 6, 2005.  The motion to lift the stay thereafter will
7  be taken under submission without oral argument unless the parties are notified otherwise.  If it
8  decides to lift the stay, the Panel will set an appropriate briefing schedule on the renewed
9  application for TRO and motion for preliminary injunction.
10  On behalf of the Panel, IT IS SO ORDERED.

14  DATED:  September 26, 2005

/s/ electronic signature authorized
_____
JEREMY FOGEL
United States District Judge

Case No. C 05-2950-JF
ORDER (1) GRANTING IN PART PLAINTIFFS' MOTION FOR ORDER SHORTENING TIME ETC.
(JFLC2)

1 | Copies of Order served on:
2 |
3 | Joaquin Guadalupe Avila    avilaj@seattleu.edu
4 | Leroy W. Blankenship    blankenshipl@co.monterey.ca.us, edwards-jamesg@co.monterey.ca.us
5 | Thomas S. Knox    tknox@klalawfirm.com, hharman@klalawfirm.com
6 | Zackery P. Morazzini    zackery.morazzini@doj.ca.gov
7 | James F Sweeney    jfs@sdglawfirm.com, bayne@sdglawfirm.com

3

Case No. C 05-2950-JF
ORDER (1) GRANTING IN PART PLAINTIFFS' MOTION FOR ORDER SHORTENING TIME ETC.
(JFLC2)