**E-Filed 10/5/05**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JUAN D. MARTINEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MONTEREY COUNTY, CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case Number C 05-2950 JF<br><br>ORDER GRANTING APPLICATION FOR LEAVE TO FILE BRIEF AMICUS CURIAE<br><br>[Doc. No. 74] |

The application of Edward J. Costa for leave to file a brief amicus curiae is GRANTED.

On behalf of the Panel, IT IS SO ORDERED.

DATED: October 5, 2005

/s/ electronic signature authorized
_____
JEREMY FOGEL
United States District Judge

Case No. C 05-2950 JF
ORDER GRANTING APPLICATION FOR LEAVE TO FILE BRIEF AMICUS CURIAE
(JFLC2)

1  Copies of Order served on:

2

3  Joaquin Guadalupe Avila    avilaj@seattleu.edu

4  Leroy W. Blankenship    blankenshipl@co.monterey.ca.us, edwards-jamesg@co.monterey.ca.us

5  Thomas S. Knox    tknox@klalawfirm.com, hharman@klalawfirm.com

6  Zackery P. Morazzini    zackery.morazzini@doj.ca.gov

7  James F Sweeney    jfs@sdglawfirm.com, bayne@sdglawfirm.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 05-2950 JF
ORDER GRANTING APPLICATION FOR LEAVE TO FILE BRIEF AMICUS CURIAE
(JFLC2)