**E-Filed 10/28/05**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JUAN D. MARTINEZ, et al., | Case Number C 05-2950 JF |
| Plaintiffs, | ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL |
| v. | |
| MONTEREY COUNTY, CALIFORNIA, et al., | |
| Defendants. | [Doc. No. 85] |

On October 27, 2005, Plaintiffs filed a motion for an injunction pending appeal, seeking to enjoin Monterey County from canvassing and finalizing the results of the statewide special election scheduled for November 8, 2005 with respect to Proposition 77. Plaintiffs request that such injunction remain in effect until the appellate process in this action is completed or until the challenged voting procedures are precleared pursuant to Section 5 of the Voting Rights Act, 42 U.S.C. § 1973.

Although the text of Plaintiffs' motion states that Plaintiffs would file a separate motion to shorten time, no such motion appears in the Court's electronic docket. Nonetheless, the nature

Case No. C 05-2950 JF
ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL
(JFLC2)

of the relief sought is such that a somewhat abbreviated briefing schedule appears to be appropriate.  Accordingly, any opposition to Plaintiffs' motion shall be filed and served on or before November 4, 2005.  Any reply shall be filed and served on or before November 9, 2005.  The motion thereafter will be taken under submission without oral argument unless otherwise ordered by the Panel.

On behalf of the Panel, IT IS SO ORDERED.

DATED:  October 28, 2005

/s/ electronic signature authorized
_____
JEREMY FOGEL
United States District Judge

Case No. C 05-2950 JF
ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL
(JFLC2)

1  Copies of Order served on:

3  Joaquin Guadalupe Avila     avilaj@seattleu.edu

4  Leroy W. Blankenship     blankenshipl@co.monterey.ca.us, edwards-jamesg@co.monterey.ca.us

5  Thomas S. Knox     tknox@klalawfirm.com, hharman@klalawfirm.com

6  Zackery P. Morazzini     zackery.morazzini@doj.ca.gov

7  James F Sweeney     jfs@sweeney-greene.com, ndb@sweeney-greene.com

8  John David Trasvina     jtrasvina@maldef.org, ekensinger@maldef.org