**E-Filed 11/10/05**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JUAN D. MARTINEZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MONTEREY COUNTY, CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case Number C 05-2950 JF<br><br>ORDER GRANTING PLAINTIFFS' REQUEST TO WITHDRAW MOTION FOR INJUNCTION PENDING APPEAL; AND REQUESTING THAT PLAINTIFFS ADVISE THE COURT RE FURTHER PROCEEDINGS |

　　Plaintiffs' request for leave to withdraw their motion for injunction pending appeal is GRANTED. Plaintiffs shall advise the Court on or before November 16, 2005 whether they believe that the instant action is moot in light of the outcome of the November 8 election and, if they believe that it is not, whether and how they intend to proceed with the action and the pending appeal.

　　On behalf of the Panel, IT IS SO ORDERED.

DATED: November 10, 2005

　　　　　　　　　　　　　　　　　　　　　　　　/s/ electronic signature authorized
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. C 05-2950 JF
ORDER GRANTING PLAINTIFFS' REQUEST TO WITHDRAW MOTION FOR INJUNCTION PENDING APPEAL
(JFLC2)

Copies of Order served on:

Joaquin Guadalupe Avila     avilaj@seattleu.edu

Leroy W. Blankenship      blankenshipl@co.monterey.ca.us, edwards-jamesg@co.monterey.ca.us

Kimberly Louise Gauthier     kgauthie@ss.ca.gov

Thomas S. Knox     tknox@klalawfirm.com, hharman@klalawfirm.com

Zackery P. Morazzini     zackery.morazzini@doj.ca.gov

James F Sweeney     jfs@sweeney-greene.com, ndb@sweeney-greene.com

John David Trasvina     jtrasvina@maldef.org, ekensinger@maldef.org

Case No. C 05-2950 JF
ORDER GRANTING PLAINTIFFS' REQUEST TO WITHDRAW MOTION FOR INJUNCTION PENDING APPEAL
(JFLC2)