1  JOHN D. TRASVINA, SBN 112145
   JOAQUIN G. AVILA SBN 56484
2  MEXICAN AMERICAN LEGAL
    DEFENSE AND EDUCATIONAL FUND
3  634 South Spring St., 11th Floor
   Los Angeles, CA 90014
4  Phone(213) 629-2512
   Fax (213) 629-0266
5  Email: Avilaj@seattleu.edu
          Jtrasvina@maldef.org

7  Attorney for Plaintiffs.

**E-filed 12/8/05**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN D. MARTINEZ and SERGIO SANCHEZ,<br><br>            Plaintiffs,<br><br>      v.<br><br>MONTEREY COUNTY, CALIFORNIA; BRUCE MCPHERSON, CALIFORNIA SECRETARY OF STATE; BILL LOCKYER, CALIFORNIA ATTORNEY GENERAL,<br><br>            Defendants. | Case No. C-05-2950-JF<br><br>**STIPULATION & ORDER FOR DISMISSAL OF PLAINTIFFS' APPEAL**<br><br>Three Judge Court:<br>Circuit Judge Richard Tallman<br>Judge Susan Illston<br>Judge Jeremy Fogel<br><br>Noticed Hearing Date: To Be Determined<br>Noticed Hearing Time: To Be Determined |

Stipulation and Order for Dismissal
of Plaintiffs' Appeal                                   1                              Case No. 05-02950 JF

1  The Plaintiffs in this action on October 17, 2005, filed their Notice of Appeal to the United States Supreme Court from an ORDER DENYING MOTION TO LIFT STAY entered by this Court on October 12, 2005.  As a result of the November 8, 2005, special statewide election, Plaintiffs are seeking a dismissal of their appeal.  All of the parties in this action listed below stipulate to the dismissal of this appeal pursuant to Rule 18.5 of the Rules of the United States Supreme Court.

/s/

Dated: December 1, 2005

Joaquin G. Avila
On Behalf of Attorneys for
Plaintiffs Juan D. Martinez and
Sergio Sanchez
email: avilaj@seattleu.edu

/s/

Dated: November 30, 2005

Leroy W. Blankenship
Assistant County Counsel
for Defendant Monterey County
email: blankenshipl@co.monterey.ca.us

/s/

Dated: November 30, 2005

Kimberly L. Gauthier
Special Counsel
California Secretary of State
Attorney for Defendant Bruce McPherson
California Secretary of State
email: kgauthier@ss.ca.gov

/s/

Dated: November 30, 2005

Zackery P. Morazzini, Deputy Attorney
General, California State Attorney
General
Attorney for Defendant Bill Lockyer,
 California Attorney General
email: zackery.morazzini@doj.ca.gov

ORDER

The Court having reviewed this Stipulation hereby ORDERS that Plaintiffs' appeal incorporated within Plaintiffs' Notice of Appeal filed on October 17, 2005, is hereby dismissed.  On behalf of the Panel, IT IS SO ORDERED.

Dated: 12/8/05

Jeremy Fogel /s/electronic signature authorized

JEREMY FOGEL,
United States District Judge.