KNOX, LEMMON AND ANAPOLSKY, LLP
THOMAS S. KNOX, SB # 073384
GLEN C. HANSEN, SB # 166923
HOLLY HARMAN, SB #170314
One Capitol Mall, Suite 700
Sacramento, CA 95814
Telephone: (916) 498-9911
Facsimile: (916) 498-9991
Email: tknox@klalawfirm.com
      ghansen@klalawfirm.com
      hharman@klalawfirm.com

**E-filed 1/3/06**

CALIFORNIA SECRETARY OF STATE
KIMBERLY L. GAUTHIER, SB #186012
Special Counsel, California Secretary of State
1500 11th Street, 6th Floor
Sacramento, CA 95814
Telephone: (916) 654-6243
Facsimile: (916) 653-4620
Email: kgauthie@ss.ca.gov

Attorneys for Defendant
BRUCE MCPHERSON, SECRETARY OF STATE FOR
THE STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN D. MARTINEZ and SERGIO SANCHEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>MONTEREY COUNTY, CALIFORNIA; BRUCE MCPHERSON, CALIFORNIA SECRETARY OF STATE, BILL LOCKYER, CALIFORNIA ATTORNEY GENERAL,<br><br>    Defendants. | Case No. C 05-02950 JF<br><br>[PROPOSED] ORDER RE MOTION TO WITHDRAW AS ATTORNEYS |

The motion of the law firm of Knox, Lemmon & Anapolsky, LLP to withdraw as counsel for Defendant BRUCE MCPHERSON, SECRETARY OF STATE FOR THE STATE OF CALIFORNIA in the above-entitled matter is hereby granted.

Dated: 12/28/05            /s/electronic signature authorized
                                           Hon. Jeremy Fogel
                                           United States District Judge

## CERTIFICATE OF MAILING

CASE:   Juan D. Martinez, et al. v. Monterey County, California, et al.
United States District Court, Northern District of CA No. C-05-2950-JF

The undersigned declares:

I am a citizen of the United States and employed in the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action. I am employed by KNOX, LEMMON & ANAPOLSKY, LLP, whose business address is One Capitol Mall, Suite 700, Sacramento, CA 95814-3229.

On December 23, 2005, I served the within **[Proposed] ORDER RE MOTION TO WITHDRAW AS ATTORNEYS** on all parties in said action as addressed below by causing a true copy thereof to be:

[ ]   **placed in a sealed envelope** with postage thereon fully prepaid in the designated area for outgoing mail:

[ ]   **delivered by hand:**

[ ]   **telecopied by facsimile:**

[X]   **express mailed:  Federal Express – Overnight**

Chambers of Judge Richard Tallman
Park Place Blvd.
1200 6th Avenue, 21st Floor
Seattle, WA  98101-3123

Chambers of Judge Susan Illston
United States Courthouse
450 Gate Avenue
San Francisco, CA  94102

Chambers of Judge Jeremy Fogel
United States Courthouse
280 South First Street
San Jose, CA  95113

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed December 23, 2005, at Sacramento, California.

_____
BRENDA M. SEESHOLTZ