**E-filed 3/1/06**

1  JOHN D. TRASVINA, SBN 112145
   JOAQUIN G. AVILA SBN 56484
2  MEXICAN AMERICAN LEGAL
    DEFENSE AND EDUCATIONAL FUND
3  634 South Spring St., 11th Floor
   Los Angeles, CA 90014
4  Phone (213) 629-2512
   Fax (213) 629-0266
5  Email: Avilaj@seattleu.edu
          Jtrasvina@maldef.org

7  Attorney for Plaintiffs.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

12  JUAN D. MARTINEZ and SERGIO          Case No. C-05-2950-JF
    SANCHEZ,
13
                  Plaintiffs,            **STIPULATION & ORDER FOR
14                                       DISMISSAL OF PLAINTIFFS' ACTION**
             v.
15
                                         Three Judge Court:
16  MONTEREY COUNTY, CALIFORNIA;         Circuit Judge Richard Tallman
    BRUCE MCPHERSON, CALIFORNIA          Judge Susan Illston
17  SECRETARY OF STATE; BILL LOCKYER,    Judge Jeremy Fogel
    CALIFORNIA ATTORNEY GENERAL,
18                                       Noticed Hearing Date: To Be Determined
                                         Noticed Hearing Time: To Be Determined
19                Defendants.

28  Stipulation and Order for Dismissal
    of Plaintiffs' Action                              Case No. 05-02950 JF

Counsel for both the Plaintiffs and the Defendants hereby stipulate to the dismissal of Plaintiffs' action. Each party shall bear their own costs, related non-taxable expenses, and any attorneys' fees.

/s/
Dated: February 27, 2006

Joaquin G. Avila
On Behalf of Attorneys for
Plaintiffs Juan D. Martinez and
Sergio Sanchez
email: avilaj@seattleu.edu

/s/
Dated: February 27, 2006

Leroy W. Blankenship
Assistant County Counsel
for Defendant Monterey County
email: blankenshipl@co.monterey.ca.us

/s/
Dated: February 27, 2006

Kimberly L. Gauthier
Special Counsel
California Secretary of State
Attorney for Defendant Bruce McPherson
California Secretary of State
email: kgauthier@ss.ca.gov

/s/
Dated: February 27, 2006

Zackery P. Morazzini, Deputy Attorney
General, California State Attorney General
Attorney for Defendant Bill Lockyer,
California Attorney General
email: zackery.morazzini@doj.ca.gov

## ORDER

The Court having reviewed this Stipulation hereby ORDERS that Plaintiffs' action is hereby dismissed. On behalf of the Panel, IT IS SO ORDERED.

Dated: 3/1/06

JEREMY FOGEL
United States District Judge.

# CERTIFICATE OF MAILING

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 634 South Spring Street, 11th Floor, Los Angeles, CA 90014.

On February 27, 2006, I served **STIPULATION & ORDER FOR DISMISSAL OF PLAINTIFFS' ACTION** on the parties identified below by following means:

Hon. Jeremy Fogel
Dist. Judge for the Northern Dist. Of Cal.
280 S. First St.,
Courtroom 3, 5th Floor
San Jose, CA 95113

Chambers of Judge Susan Illston
United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Chambers of Judge Richard Tallman
Park Place Building
1200 6th Avenue, 21 St Floor
Seattle, WA 98101-3123

[X]   **BY FEDEX** - By causing the document to be delivered by overnight service to the offices of the addressee(s). I am readily familiar with the business practice for collection and processing of correspondence by FedEx.

[X]   **(By E-Filing WITH THE U.S. DISTRICT COURT)** By submitting these documents for e-filing on that date pursuant to Local Rule 5-4 General Order 45.

I certify or declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/27/06

*Gabriel Sanchez*

Stipulation and Order for Dismissal of Plaintiffs' Action             2             Case No. CV 05-02950 JF